UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-11656-TJH (SKx)                                    Date: July 8, 2026

Title    Amazon.Com., Inc. et al v. Hsin Ting Yeh et al

---

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDE TO SHOW CAUSE WHY JUDGMENT DEBTOR ANTHONY CHEN SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Having failed to appear on July 8, 2026, as ordered for a judgment debtor examination, Anthony Chen is ordered to show cause why he should not be held in contempt for failure to appear and obey court orders.

Mr. Chen is ordered to appear in person (with or without retained counsel) on August 19, 2026 at 10:00 AM in Courtroom 540 of the Roybal Federal Building and U.S. Courthouse, located at 255 E. Temple Street, Los Angeles, CA.

Mr. Chen may satisfy and discharge this order to show cause by contacting counsel for Plaintiff and appearing for the judgment debtor examination.

**Mr. Chen is warned that failure to appear as ordered or to comply with a court order may result in a finding of civil contempt and the issuance of an arrest warrant to be executed by the U.S. Marshals.**

Plaintiff's counsel shall promptly personally serve Mr. Chen with a copy of this order and file proof of personal service with the Court within 24 hours of successful personal service.

IT IS SO ORDERED.

---