UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,

Plaintiffs,

v.

HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,

Defendants.

No. 2:25-cv-11656-RGK-SK

**~~[PROPOSED]~~ ORDER FINDING DEFENDANT ANTHONY CHEN IN CONTEMPT OF COURT AND IMPOSING A DAILY FINE**

Assigned to: R. Gary Klausner

Action Filed: May 7, 2025

THIS MATTER came before the Court on the "Order to Show Cause Re Contempt of Court" issued on September 21, 2026 (Dkt. 45) ("Order to Show Cause"), which required Defendant Anthony Chen ("Chen") to appear before the Court on October 26, 2026 at 1:30 pm, to show cause why he should not be held in contempt of court for failing to appear at two prior judgment debtor examinations, noticed for July 8, 2026 and August 19, 2026, respectively. Dkts. 14, 33.

The Order to Show Cause was issued on the basis of the Certification of Fact of Contempt under 28 U.S.C. § 636(e) by Magistrate Judge Steve Kim, filed September 17, 2026 (Dkt. 42) ("Certification"). As set forth in the Certification, the Court ordered Chen to appear for a judgment debtor examination on July 8, 2026 (Dkt. 14), and Chen was personally served with that order on April 10, 2026 (Dkts. 21-22). Chen failed to appear on July 8, 2026. Dkt. 30. The Court then



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

ordered Chen to appear for a judgment debtor examination on August 19, 2026 (Dkt. 33), which was served on Chen by mail (Dkt. 36). After the Court authorized service by mail (Dkt. 38), Chen also was served with the Court's July 9, 2026 Order to Show Cause by mail (Dkt. 39). Chen again failed to appear on August 19, 2026. Dkts. 40, 42.

At the Order to Show Cause Re Contempt of Court hearing held on October 26, 2026, Defendant Chen did not appear. The Court found Chen in contempt of court and directed Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Black & Decker Corporation, and Black & Decker (U.S.) Inc. (collectively, "Plaintiffs") to submit a proposed order for the Court's consideration setting forth the Court's finding at the hearing that Chen was in contempt of court, and further imposing a fine of $1,000.00 per day until the time Defendant Chen appears before the Court or satisfies the Judgment (Dkt. 1). Dkt. 48. The Court further issued a bench warrant for Defendant Chen's arrest. Dkts. 47-48.

The Court, having considered the Certification, the record and Defendant Chen's failure to appear or otherwise respond to the Order to Show Cause, hereby finds by clear and convincing evidence that Chen violated the Court's specific and definite orders to appear for a judgment debtor examination (Dkts. 14, 33), that he had notice of those orders, and that he has not shown that he was unable to comply. Accordingly, the Court ORDERS as follows:

1. Defendant Anthony Chen, a/k/a Anthony Po Chiun Chen, associated with the addresses 426 Rosemarie Dr, Arcadia, CA, 91007 and 17 Whitney, Irvine, CA, 92620 (DOB XX/XX/1988; SSN XXX-XX-8351; and owner of the Tesla with the California license plate number 9RPB680) IS IN CONTEMPT OF COURT.

2. The Court further imposes an ongoing daily fine on Defendant Chen of $1,000.00 per day, payable to the Clerk of the Court, from October 26, 2026, until the time that Defendant Chen either appears before the Court or satisfies the



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Judgment in full. Dkt. 1. Chen may purge his contempt, and the daily fine shall cease to accrue, upon either event.

3. Plaintiffs are authorized to serve this Order on Defendant Chen in accordance with the Court's prior alternative service order (Dkt. 38).

4. Plaintiffs are further ordered to file under seal with the Court, the birthdate, social security number, and driver's license number for Mr. Chen, in accordance with Local Civil Rules 5.2-1 and 79-5, and Federal Rule of Civil Procedure 5.2.

SO ORDERED this 13 day of November, 2026.

Gary Klausner

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc. et al.*

*/s/ Scott Commerson*
Scott Commerson, SBA # 227460
Sancho Accorsi, SBA #329413
Mark Burnside, SBA #323824
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com
Email: sanchoaccorsi@dwt.com
Email: markburnside@dwt.com